

FILED
CLERK, U.S. DISTRICT COURT
JUN 2 4 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                             DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
| PLAINTIFF | |
| v. | SA14-224M |
| Vera, Paul Bruce | |
| | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of ___def___, IT IS ORDERED that a detention hearing is set for ___Wednesday, 6/25/14___, at ___2:00___ ☐ a.m. / ☒ p.m. before the Honorable ___Robert N Block___, in Courtroom ___6B___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: ___6/24/14___

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge